

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**ADAM P. MASTROLEO, ESQ.**
amastroleo@bsk.com
P: 315.218.8139
F: 315.218.8100

March 27, 2025

**VIA CM/ECF FILING**

Hon. Brenda K. Sannes
Chief Judge, Northern District of New York
James M. Hanley Federal Building & U.S. Courthouse
100 S. Clinton St.
Syracuse, NY  13261

Re:   *Scott v. Cayuga County Civil Service Commission, et al.*
      *Civil Action No. 5:24-cv-00802*

Dear Judge Sannes:

We represent defendants Cayuga County Civil Service Commission and Cayuga County Department of Planning and Economic Development (collectively, "Defendants"), in the above-captioned action.

We are writing to respectfully request permission to file a memorandum of law in excess of the 25-page limit promulgated by Local Rule 7.1(b)(1), but not to exceed 30 pages. Our request is occasioned by the issues raised in Plaintiff's Amended Complaint. We fear that compliance with the typical 25-page limit will necessitate omitting critical facts and legal arguments.

Additionally, we would like to note that although the electronic docket states that Plaintiff's Amended Complaint was filed on Friday, March 14, 2025, Defendants did not receive notice of the filing or other service until Monday, March 17, 2025.  As such, Defendants' response to the Amended Complaint should not be due until Monday, March 31, 2025. We respectfully ask that the Court clarify this filing deadline.

Thank you for your consideration in this matter.

Attorneys At Law | A Professional Limited Liability Company

Hon. Brenda K. Sannes
March 27, 2025
Page 2


Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Adam P. Mastroleo

cc:    David Anthony Scott