EXHIBIT XA1

This FOIL and addendum requests the Department to provide the number of times the County Planner examination was offered by all 62 counties and boroughs in New York State between the dates 11/01/2018 and 10/31/2022 as well as a spreadsheet of 70 Planner exam holdings, with 7 counties specifically listed.

There are no records of an exam for a "County Planner" title within the requested timeframe and we do not have a "spreadsheet of 70 Planner exam holdings." However, we have held 70 exams for the "Planner" title between 11/01/2018 and 10/31/2022. The Department is not responsible for exams administered for titles in the boroughs of New York City.

The title "Planner" was held the following number of times in the following counties during the requested timeframe:

Onondaga County: 0

Wayne County: 1

Seneca County: 2

Tompkins County: 1

Cortland County: 1

Genesee County: 0

Ulster County: 0